JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
E-mail: yosuphonglaw@gmail.com
*Attorney for LKimmy, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LKIMMY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:20-CV-02184-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES ON DEFENDANT, BANK OF AMERICA, N.A.'S, MOTION TO DISMISS [ECF NO. 4]** <br><br> **(FIRST REQUEST)** |

COME NOW, Plaintiff, LKIMMY, INC. ("LKimmy"), and Defendant, BANK OF AMERICA, N.A. ("Bana") (collectively hereinafter the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant, Bana, filed its motion to dismiss LKimmy's complaint on December 7, 2020 [ECF No. 4].

2. LKimmy's response to Defendant, Bana's, motion to dismiss LKimmy's complaint is due on or before December 21, 2020.

3. Defendant, Bana's, reply to LKimmy's response is due on or before December 28, 2020.

4. The Parties stipulate and agree to allow LKimmy an additional fifteen (15) days, up to and including **Tuesday, January 5, 2021,** to file a response to Defendant, Bana's, motion to dismiss LKimmy's complaint.

5. The Parties also stipulate and agree to allow Defendant, Bana, up to and until **Tuesday, January 12, 2021**, to file its reply to LKimmy's response.

This is the first request for an extension of these deadlines. This request is not made to cause any undue delay or prejudice to any party.

| DATED: December 18, 2020. | DATED: December 18, 2020. |
|---|---|
| **HONG & HONG LAW OFFICE** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| */s/ Joseph Y. Hong* <br> JOSEPH Y. HONG, ESQ. <br> State Bar No. 005995 <br> 1980 Festival Plaza Drive, Suite 650 <br> Las Vegas, Nevada 89135 <br> *Attorney for LKimmy, Inc.* | */s/ Chad C. Butterfield* <br> CHAD C. BUTTERFIELD, ESQ. <br> State Bar No. 010532 <br> 300 South Fourth Street, 11th Floor <br> Las Vegas, Nevada 89101 <br> *Attorney for Bank of America, N.A.* |

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of December, 2020.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Joseph Y. Hong, Esq., and that on this 18th day of December, 2020, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES ON DEFENDANT, BANK OF AMERICA, N.A.'S, MOTION TO DISMISS [ECF NO. 4]** by electronic transmission through the Court's electronic filing system upon each party in this case who is registered and listed as an electronic case filing user with the Clerk.

By: /s/ *Debra L. Batesel*
An employee of Joseph Y. Hong, Esq.