Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LKIMMY INC. a Nevada corporation, | Case No.: 2:20-cv-02184-RFB-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |
| BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive, | **(First Request)** |
| Defendants. | |

Defendant BANK OF AMERICA, N.A. ("BANA") and Plaintiff LKimmy, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for BANA to file an opposition to Plaintiff's Motion to Remand (ECF No. 5) filed on December 14, 2020. The deadline for BANA to respond to the Motion to Remand is currently set for December 28, 2020. The parties hereby stipulate to extend the BANA's response deadline to January 5, 2021. Pursuant to LR 7-2, LKimmy's deadline to file a reply brief will be January 12, 2021.

This stipulation is submitted in compliance with LR IA 6-1. Counsel for BANA requests the proposed extension in order to ensure sufficient time to coordinate the filing of BANA's opposition, in consideration of BANA's and its counsel's respective schedules. Accordingly, the parties respectfully submit that the proposed extension is supported by good cause.

///

///

///

///

1

1682159V.1

The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

This is the first stipulation for extension of time to file an opposition.

DATED this 24th day of December, 2020.

           **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

           */s/ Chad C. Butterfield*
           CHAD C. BUTTERFIELD
           Nevada Bar No. 10532
           6689 Las Vegas Blvd. South, Suite 200
           Las Vegas, Nevada  89119
           *Attorneys for Defendant*
           *Bank of America, N.A.*

DATED this 24th day of December, 2020.

           **HONG & HONG LAW OFFICES**

           */s/ Joseph Y. Hong*
           JOSEPH Y. HONG, ESQ.
           Nevada Bar No. 5092
           1980 Festival Plaza Dr., Suite 650
           Las Vegas, NV  89135
           *Attorney for Plaintiff LKimmy, Inc.*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  28th  day of   December  , 2020.

_____
RICHARD E. BOULWARE, II
United States District Court

1682159V.1