Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LKIMMY INC. a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02184-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Defendant BANK OF AMERICA, N.A. ("BANA") and Plaintiff LKimmy, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for BANA to file a reply in support of BANA's motion to dismiss, filed on December 7, 2020 (ECF No. 4).  The deadline for BANA to file its reply brief is currently set for January 12, 2021.  The parties hereby stipulate to extend the deadline for BANA to file its reply brief by fourteen (14) days, up to and including January 26, 2021.

This stipulation is submitted in compliance with LR IA 6-1.  Counsel for BANA requests the proposed extension due to its counsel's schedule obligations and to ensure sufficient time for counsel for BANA to obtain input from BANA as to the facts and arguments set forth therein.  Accordingly, the parties respectfully submit that the proposed extension is supported by good cause.

/ / /

/ / /

/ / /

/ / /

1

1685080V.1

1  The parties agree that the requested extension is not being requested in bad faith or to delay
2  these proceedings unnecessarily.
3  This is the first stipulation for extension of time to file a reply brief.
4  DATED this 11th day of January, 2021.

                          **WILSON, ELSER, MOSKOWITZ,**
                          **EDELMAN & DICKER LLP**

                          */s/ Chad C. Butterfield*
                          CHAD C. BUTTERFIELD
                          Nevada Bar No. 10532
                          6689 Las Vegas Blvd. South, Suite 200
                          Las Vegas, Nevada  89119
                          *Attorneys for Defendant*
                          *Bank of America, N.A.*

DATED this 11th day of January, 2021.

                          **HONG & HONG LAW OFFICES**

                          */s/ Joseph Y. Hong*
                          JOSEPH Y. HONG, ESQ.
                          Nevada Bar No. 5092
                          1980 Festival Plaza Dr., Suite 650
                          Las Vegas, NV  89135
                          *Attorney for Plaintiff LKimmy, Inc.*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  11th  day of January, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

2

1685080V.1