1  JOSEPH Y. HONG, ESQ.
   State Bar No. 005995
2  HONG & HONG LAW OFFICE
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada 89135
   Telephone No.: (702) 870-1777
4  Facsimile No.: (702) 870-0500
   E-mail: yosuphonglaw@gmail.com
5  *Attorney for LKIMMY, INC.*

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LKIMMY, INC., | CASE NO.: 2:20-CV-02184-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR LKIMMY, INC. TO FILE REPLY IN SUPPORT OF MOTION TO REMAND** |
| BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff, LKIMMY, INC. ("LKimmy"), and Defendant, BANK OF AMERICA, N.A. ("Bana") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for LKimmy to file a reply in support of LKimmy's motion to remand, filed on December 14, 2020 [ECF No. 5]. The deadline for LKimmy to file its reply brief is currently set for January 12, 2021. The parties hereby stipulate to extend the deadline for LKimmy to file its reply by fourteen (14) days, up to and including January 26, 2021.

This stipulation is submitted in compliance with LR IA 6-1. Counsel for LKimmy requests the proposed extension due to its counsel's schedule obligations and to ensure sufficient

time for counsel to obtain input from LKimmy as to the facts and arguments set forth therein. Accordingly, the parties respectfully submit that the proposed extension is supported by good cause.

The parties agree that the requested extension is not being requested in bad faith or to delay these proceedings unnecessarily.

DATED: January 11, 2021.

| HONG & HONG LAW OFFICE | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| /s/ Joseph Y. Hong | /s/ Chad C. Butterfield |
| JOSEPH Y. HONG, ESQ. | CHAD C. BUTTERFIELD, ESQ. |
| State Bar No. 005995 | State Bar No. 010532 |
| 1980 Festival Plaza Drive, Suite 650 | 300 South Fourth Street, 11th Floor |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| *Attorney for LKimmy, Inc.* | *Attorney for Bank of America, N.A.* |

## ORDER

**IT IS SO ORDERED.**

Dated this 12th day of January, 2021.

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

- 2 -