Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LKIMMY INC. a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02184-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant BANK OF AMERICA, N.A. ("BANA") and Plaintiff LKimmy, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to modify the briefing schedule for Plaintiff's Motion for Summary Judgment (ECF No. 37) filed on July 28, 2021.  The deadline for BANA to respond to the Motion for Summary Judgment is currently set for August 18, 2021.  The parties hereby stipulate to extend the deadline for BANA to respond to Plaintiff's Motion for Summary Judgment by one week, to August 25, 2021.  The parties also stipulate to extend the deadline for LKimmy to file its Reply in Support of Motion for Summary Judgment to September 22, 2021.

This stipulation is submitted in compliance with LR IA 6-1.  The parties respectfully submit the requested extensions are necessary to ensure sufficient time for counsel to coordinate with their respective clients in preparing and filing BANA's opposition and Plaintiff's reply, in consideration of undersigned counsel's respective schedules.  Accordingly, the parties respectfully submit that the proposed extensions are supported by good cause.

/ / /

1

1682159V.1

The parties agree that the foregoing proposed extensions are not being requested in bad faith or to delay these proceedings unnecessarily.

This is the first stipulation to modify the briefing schedule for Plaintiff's Motion for Summary Judgment.

DATED this 17th day of August, 2021.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
*Attorneys for Defendant*
*Bank of America, N.A.*

DATED this 17th day of August, 2021.

**HONG & HONG LAW OFFICES**

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5092
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV  89135
*Attorneys for Plaintiff LKimmy, Inc.*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  18th  day of       August      , 2021.

RICHARD E. BOULWARE, II
United States District Court

2

1682159V.1