Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LKIMMY INC. a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-02184-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Defendant BANK OF AMERICA, N.A. ("BANA") and Plaintiff LKimmy, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to modify the briefing schedule for Plaintiff's Motion for Summary Judgment (ECF No. 37) filed on July 28, 2021.  The deadline for BANA to respond to the Motion for Summary Judgment is currently set for August 25, 2021.  The parties hereby stipulate to extend the deadline for BANA to respond to Plaintiff's Motion for Summary Judgment by one week, to September 1, 2021.  The parties also stipulate to extend the deadline for LKimmy to file its Reply in Support of Motion for Summary Judgment by one week, from the current deadline of September 22, 2021, to September 29, 2021.

This stipulation is submitted in compliance with LR IA 6-1.  The parties respectfully submit the requested extensions are supported by good cause.  Counsel for BANA was unexpectedly required to prepare for a binding arbitration in the place of the attorney who had been primarily handling the matter following her recent departure from the firm.  Counsel for BANA has diligently worked to prepare BANA's response to Plaintiff's Motion for Summary Judgment and fully intends to comply with the requested deadline of September 1, 2021.  The parties further agreed to extend

1

1  the deadline for Plaintiff to file its reply brief by one week to ensure Plaintiff would not be prejudiced
2  by BANA's requested extension. Accordingly, the parties respectfully submit that the proposed
3  extensions are supported by good cause.
4      The parties agree that the foregoing proposed extensions are not being requested in bad faith
5  or to delay these proceedings unnecessarily.
6      This is the second stipulation to modify the briefing schedule for Plaintiff's Motion for
7  Summary Judgment.

DATED this 25th day of August, 2021.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant
Bank of America, N.A.*

DATED this 25th day of August, 2021.

**HONG & HONG LAW OFFICES**

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5092
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
*Attorneys for Plaintiff LKimmy, Inc.*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __26th__ day of _____August_____, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court