JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
E-mail: yosuphonglaw@gmail.com
*Attorney for LKimmy, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LKIMMY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02184-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, LKimmy, Inc. ("LKimmy"), and Defendant, Bank of America, N.A. ("BANA"), by and through their respective counsel of record, hereby stipulate and agree to modify the briefing schedule for BANA's motion for summary judgment [ECF No. 46] filed on September 10, 2021. Specifically, the parties agree that the deadline for Plaintiff to respond to BANA's motion for summary judgment shall be extended from its current deadline of September 24, 2021 to September 29, 2021; and further agree that the deadline for BANA to file its reply in support of its motion for summary judgment shall be extended from the current deadline of October 8, 2021 to October 15, 2021.

The parties respectfully submit the foregoing requested modifications are supported by good cause, as the Court has scheduled a hearing on LKimmy's motion to remand [ECF No. 4] for September 24, 2021 [ECF No. 48] which, if granted, would render the parties' competing motions for summary judgment moot.

...

...

1682159V.1

1 This stipulation is submitted in compliance with LR IA 6-1. The parties agree that the foregoing proposed extensions are not being requested in bad faith or to delay these proceedings unnecessarily. This is the first stipulation to modify the briefing schedule for BANA's motion for summary judgment [ECF No. 46].

DATED this 22nd day of September, 2021.

HONG & HONG LAW OFFICE

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
State Bar No. 005995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Attorney for Plaintiff
*LKimmy, Inc.*

DATED this 22nd day of September, 2021.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD, ESQ.
State Bar No. 010532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Attorney for Defendant
*Bank of America, N.A.*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 23rd day of September, 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1682159V.1