JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone No.: (702) 870-1777
Facsimile No.: (702) 870-0500
E-mail: yosuphonglaw@gmail.com
*Attorney for LKimmy, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LKIMMY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national banking association; IL KIM aka JULIUS KIM, an individual; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02184-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second and Third Request)** |

Plaintiff, LKimmy, Inc. ("LKimmy"), and Defendant, Bank of America, N.A. ("Bana"), by and through their respective counsel of record, hereby stipulate and agree to modify the briefing schedules for Bana's motion for summary judgment [ECF No. 46] filed on September 10, 2021 and LKimmy's motion for summary judgment [ECF No. 37] filed on July 28, 2021.

Specifically, the parties agree that the deadline for LKimmy to file its response to Bana's motion for summary judgment and reply in support of LKimmy's motion for summary judgment shall be two (2) weeks after the Court issues its ruling on LKimmy's second motion to remand, to be filed on or before October 5, 2021. The parties further stipulate and agree that Bana's reply in support of its motion for summary judgment shall be due two (2) weeks after the filing of LKimmy's response to Bana's motion for summary judgment.

The parties respectfully submit the foregoing requested modifications are supported by good cause, as LKimmy will be filing its second motion to remand, which, if granted, would render the parties' competing motions for summary judgment moot.

///

1

1682159V.1

This stipulation is submitted in compliance with LR IA 6-1. The parties agree that the foregoing proposed extensions are not being requested in bad faith or to delay these proceedings unnecessarily. This is the second stipulation to modify the briefing schedule for Bana's motion for summary judgment [ECF No. 46] and third stipulation to modify the briefing schedule for LKimmy's motion for summary judgment [ECF No. 37].

DATED this 28th day of September, 2021.

HONG & HONG LAW OFFICE

*/s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
State Bar No. 005995
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Attorney for Plaintiff
*LKimmy, Inc.*

DATED this 28th day of September, 2021.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*/s/ Chad C. Butterfield*
CHAD C. BUTTERFIELD, ESQ.
State Bar No. 010532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Attorney for Defendant
*Bank of America, N.A.*

## ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  29th  day of   September  , 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**

1682159V.1

2